ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF
FEDERAL CLAIMS

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

EZENIA!, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 07-759 C

**PLAINTIFF'S EMERGENCY MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, hereby moves the Court pursuant to RCFC 65, Appendix C of the Rules of the Court of Federal Claims, and 28 U.S.C. § 1491(b) for: (1) a temporary restraining order enjoining the Defendant, the United States, by and through the Department of the Army ("Army"), the procuring agency, from (a) if a contract award has been made, proceeding with the performance of any contract, or (b) if a contract award has not been made, from awarding any contract, pending the Court's consideration of Ezenia's request for a preliminary injunction, and (2) a preliminarily injunction prohibiting the Army from (a) if a contract award has been made, proceeding with the performance of any contract pending a decision on the merits, or (b) if a contract award has not been made, from awarding any contract pending a decision on the merits.

To comply with the procedures set forth in the Rules of the Court of Federal Claims, Ezenia contacted the Army's counsel in writing and asked the Army's counsel to provide the other entities involved in the procurement with notice of this action.

As grounds for this motion, Ezenia offers its Memorandum in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, which is being filed concurrently with this motion.

Respectfully submitted,

EZENIA!, INC.

By its attorneys,

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| EZENIA!, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| UNITED STATES, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong