**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. ______________ |

**AFFIDAVIT OF ROGER TUTTLE**

Roger Tuttle, being duly sworn, deposes and says under the pains and penalties of perjury:

1. I am the Chief Financial Officer of Ezenia!, Inc. ("Ezenia"), a small business incorporated under the laws of Delaware, with its principal offices at 14 Celina Avenue, Suite 17, Nashua, New Hampshire, 03063. I make this affidavit based upon first-hand knowledge unless otherwise acknowledged.

2. Ezenia provides the most safe, secure and reliable collaboration software, InfoWorkSpace ("IWS") available on the market. IWS was designed primarily for military and intelligence agency use.

3. From approximately 2001 to the present, Ezenia has been providing IWS to various units within the Department of the Army (the "Army"). The Army acquires IWS from Ezenia through the purchase of concurrent user software licenses on a contract by contract basis (i.e., a particular government customer may contract for, say, 100 licenses at a time). Concurrent user license basis allows for different persons to use the license simultaneously. For example, upon purchasing 100 licenses, those 100 licenses might support 500 people using the licenses at

different times. However, at any one moment, only 100 users may be logged on using the 100 licenses.

4. To the best of my recollection, in or about February or March 2006, the Office of the Army Chief Information Officer ("Army CIO"), in concert with the Defense Information Services Agency ("DISA"), conducted a "Best of Breed" evaluation which, upon information and belief was intended to acquire a "suite" of products from which Army purchasing units could choose. At this time, Ezenia was providing 3,687 licenses.

5. Since the Best of Breed evaluation, in the past 18 months, Ezenia has experienced a total loss of 2,739 Army licenses, a decline of 74%, for a loss of revenue of approximately $1.7 million.

6. Currently, Ezenia is supporting 948 active Army licenses. Continued loss of these licenses would result in irreparable harm of approximately $600,000 in revenue.

7. Ezenia employs approximately 54 employees. Loss of these additional licenses could adversely impact the jobs of these employees.

8. Currently, Ezenia is in the process of developing updates to the IWS software. Without a Temporary Restraining Order, Ezenia would be expending money that is wasted unless Ezenia is able to compete fairly for these contracts.

9. Additional loss of Army licenses would not only impact Ezenia's business, but would also negatively impact Ezenia's reputation, both inside the military as well as to the public, and harm its chances to receive similar procurement contracts from other agencies.

Signed this 29th day of October, 2007.

Roger Tuttle