ORIGINAL

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EZENIA!, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 07-759 C |

**PLAINTIFF EZENIA!, INC.'S MOTION FOR A PROTECTIVE ORDER**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § VI of the Rules of the Court of Federal Claims for a protective order in the above-captioned case to ensure the protection of sensitive information, to define the procedures for obtaining access thereto, and to dispose of the protected information at the conclusion of the case.

As grounds for this motion, Ezenia offers its Memorandum in Support of Plaintiff's Motion for a Protective Order, which is being filed concurrently with this motion.

EZENIA!, INC.,

By its Attorneys,

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF EZENIA, INC.'S MOTION FOR A PROTECTIVE ORDER, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong