ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

EZENIA!, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

07-759 C
Civil Action No.

**PLAINTIFF EZENIA!, INC.'S MEMORANDUM**
**<u>IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER</u>**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, submits this memorandum in support of its Motion for a Protective Order ("Motion") in the above-captioned case, pursuant to Appendix C § VI of the Rules of the Court of Federal Claims (RCFC). Ezenia seeks a protective order (1) to ensure the protection of sensitive information; (2) to define the procedures for obtaining access thereto; and (3) to dispose of the protected information at the conclusion of the case. This Court "may issue a protective order at its discretion." Appendix C § VI, ¶ 17(a) of RCFC. For the reasons set forth herein, Ezenia respectfully requests that the Court grant Ezenia's motion.

## BACKGROUND

Ezenia has filed a complaint alleging that the United States, by and through the Department of Defense, Department of the Army ("Army") acted arbitrarily, capriciously, and in violation of law when it issued or intends to issue sole-source awards. Ezenia also filed a motion and memorandum of law in support thereof seeking a temporary restraining order and

preliminary injunction. Ezenia has filed redacted versions of both the complaint and the TRO/PI papers. If the Court grants this Motion, Ezenia will file un-redacted versions of those documents.

## ARGUMENT

As more fully set forth in the complaint, this case involves the issuance of sole-source awards. The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for Ezenia to refer to the administrative record. Without such relevant and important information, Ezenia would be prejudiced in its ability to demonstrate the several ways in which the Army acted improperly.

Specifically, Ezenia will rely on certain source-selection information and information from the administrative record that is proprietary or confidential to Ezenia and the Army. Further, if this Court grants leave to conduct limited discovery, a Motion Ezenia expects to file after the Administrative Record is filed, additional confidential and proprietary information from the Department of Defense could be disclosed. Accordingly, Ezenia respectfully requests that this Court issue a protective order in the above-referenced case.

Respectfully submitted,

EZENIA!, INC.,

By its Attorneys,

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF EZENIA!, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong