ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| EZENIA!, INC., Plaintiff, | : | |
| v. | : | Civil Action No. 07-759 C |
| UNITED STATES, Defendant. | : | |

**PLAINTIFF EZENIA!, INC.'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint, its Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, as well as all future filings that contain confidential or proprietary information, under seal in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny.

As grounds for this motion, Ezenia offers its Memorandum in Support of Plaintiff's Motion for Leave to File Under Seal, which is being filed concurrently with this motion.

Respectfully submitted,

EZENIA!, INC.

By its attorneys,

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Civil Action No. |

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF EZENIA!, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong