ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC., Plaintiff, v. UNITED STATES, Defendant. | Civil Action No. 07-759 C |

**PLAINTIFF EZENIA!, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, hereby moves the Court pursuant to Appendix C § III of the Rules of the Court of Federal Claims for leave to file its Complaint, its Memorandum in Support of its Motion for Temporary Restraining Order, as well as all future filings that contain confidential or proprietary information, under seal in the above-captioned case as those documents contain confidential or proprietary information and plaintiff seeks to protect that information from public scrutiny. For the reasons set forth herein, Ezenia respectfully requests that the Court grant Ezenia's Motion for Leave to File Under Seal.

**BACKGROUND**

Ezenia has filed a complaint alleging that the United States, by and through the Department of Defense, Department of the Army ("Army") acted arbitrarily, capriciously, and in violation of law when it issued or intends to issue sole-source awards. Ezenia also filed a motion and a memorandum of law in support thereof for a Temporary Restraining Order and Preliminary Injunction and a motion and memorandum of law seeking a protective order.

If the Court grants this motion, Ezenia will file un-redacted versions of those documents, once they are agreed-to by the Army.

## ARGUMENT

As more fully set forth in the complaint, this case arises out of improper sole-source purchases by the Army of software that allows users to collaborate and share information in a real-time virtual environment. The facts and issues in this case involve confidential and proprietary trade secret information. For the record to be complete, it is necessary for Ezenia to refer to the administrative record, including portions that contain confidential and proprietary material. Without such relevant and important information, Ezenia would be prejudiced in its ability demonstrate how the Army acted improperly.

Specifically, Ezenia may rely on certain proprietary or confidential information involving unlawful procurement and Ezenia's product. Further, additional confidential and proprietary information from the Army could be disclosed if Ezenia seeks discovery after full review of the Administrative Record. Accordingly, Ezenia respectfully requests that this Court grant it leave to file the requested papers, as well as all future filings containing confidential or proprietary information, under seal in the above-referenced case.

Respectfully submitted,

EZENIA!, INC.

By its attorneys,

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| EZENIA!, INC., Plaintiff, v. UNITED STATES, Defendant. | : | Civil Action No. |

## CERTIFICATE OF SERVICE

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF EZENIA!, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE UNDER SEAL, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong

Joyce L. Tong