ORIGINAL

FILED
OCT 31 2007
U.S. COURT OF FEDERAL CLAIMS

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

EZENIA!, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

Civil Action No. 07-759 C

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff, Ezenia, Inc. ("Ezenia") by its undersigned attorney, hereby makes the following disclosure statement pursuant to RCFC 7.1:

Ezenia does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

October 31, 2007

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

Counsel of Record for Plaintiff Ezenia!, Inc.

**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC., | |
| Plaintiff, | |
| v. | Civil Action No. _______________ |
| UNITED STATES, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I certify that on this 31st day of October, 2007, the undersigned caused a true and correct copy of the attached PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT, in the above-captioned matter, to be served upon the Department of Justice, Commercial Litigation Branch, by hand.

Joyce L. Tong