# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| EZENIA!, INC.,<br>*Plaintiff*, | * | |
| v. | * | Case No. 07-759C |
| THE UNITED STATES, | * | Filed: November 5, 2007 |
| *Defendant*. | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on November 2, 2007, the Court hereby **GRANTS** Plaintiff's Motion to file documents under seal including its Complaint, its Memorandum in Support of its Motion for Temporary Restraining Order, as well as all future filings that contain confidential or proprietary information.

The Court further orally **GRANTED** the Intervenor's motion to intervene pending a formal written motion. The written motion to intervene shall be filed and served within 5 days from the date of this order or the intervention is denied.

The Court further **ORDERS** the following litigation schedule:

November 8, 2007: Defendant shall file and serve the administrative record.
November 16, 2007: Defendant and Intervenor shall file their motions to dismiss.
November 27, 2007: Plaintiff shall file and serve its response to the motions to dismiss.
November 30, 2007: The Court shall hear oral argument on the motions to dismiss and response at 3:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, D.C.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge