**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| EZENIA!, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>CARAHSOFT TECHNOLOGY CORPORATION,<br><br>Intervenor. | No. 07-759 C<br>Judge Loren Smith |

**NOTICE OF INTERVENTION AND NOTICE OF APPEARANCE**

Intervenor Carahsoft Technology Corp. ("Carahsoft") hereby notices its intervention in the above protest. During a telephonic hearing on November 2, 2007, this Court granted Carahsoft's oral motion to intervene pursuant to Rule 24 of the Rules of the United States Court of Federal Claims. Carahsoft's undersigned counsel respectfully requests the Court take formal notice of its intervention in the above case.

Please also enter the appearance of Richard J. Conway as attorney of record for Intervenor Carahsoft in this case. Service of all notices and other papers should be sent to Mr. Conway at the address below.

Dated: November 5, 2007

Respectfully submitted,

By: ______________________

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 822-9544 (protected facsimile)
ConwayR@dicksteinshapiro.com (email)

*Counsel of Record for Carahsoft Technologies Corp.*

Of Counsel:
Austin M. Fulk
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
(202) 420-2200 (telephone)
(202) 822-9544 (protected facsimile)
FulkA@dicksteinshapiro.com (e-mail)

**CERTIFICATE OF ELECTRONIC FILING**

I, Richard J. Conway, hereby certify that on November 5, 2007, a copy of the foregoing "Notice of Intervention and Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

______________________________