# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| EZENIA!, INC., *Plaintiff*, | * | |
| | * | Case No. 07-759C |
| v. | * | |
| | * | Filed: November 7, 2007 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** the Applications for Access to Information under Protective Order by Outside Counsel or Inside counsel of Beth Jacobson, Joyce L. Tong and William M. Weisberg.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge