# In the United States Court of Federal Claims

| | | |
|---|---|---|
| EZENIA!, INC., *Plaintiff*, | | |
| | | Case No. 07-759C |
| v. | | |
| | | Filed: November 13, 2007 |
| THE UNITED STATES, | | |
| | | Senior Judge Smith |
| *Defendant*. | | |

## ORDER

The Court hereby **GRANTS** Defendant's Motion for Leave to file the Administrative Record on CD-Rom and to Waive the Paper Copy.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge