# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

EZENIA!, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

CARAHSOFT TECHNOLOGY CORPORATION,

*Intervenor-Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-759C

Filed: November 13, 2007

Senior Judge Smith

**ORDER**

The Court hereby **GRANTS** the Applications for Access to Information under Protective Order by Outside or Inside Counsel by Austin M. Fulk and Richard J. Conway.

The parties shall take note of the new caption.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge