**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

EZENIA!, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

and

CARAHSOFT CORPORATION TECHNOLOGY,

Intervenor.

Civil Action No. 07-759
(Sr. Judge Loren A. Smith)

**PLAINTIFF EZENIA!, INC.'S MOTION TO**
**<u>SUPPLEMENT THE ADMINISTRATIVE RECORD</u>**

Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned attorney, hereby moves this Court to Supplement the Administrative Record ("AR") and for an expedited briefing schedule in the above-captioned case. The AR is incomplete, inadequate, and contains post-hoc rationalizations, and thus must be supplemented – in a limited manner – to enable Ezenia to present its case and to allow for effective judicial review. Specifically, Ezenia seeks supplementation of the AR in the following ways: (1) completion of the incomplete AR, by requiring the Government to produce the large number of missing documents that, by statute and regulation should have been part of the procurement files that comprise the AR but that are missing; (2) providing the complete documents and/or other information that are presently missing from the documents the Government did produce; and (3) limited depositions and written discovery (principally written

deposition questions) to fill in the remaining gaps in the AR and to address the Government's post-hoc rationalizations.

As grounds for this motion, Ezenia offers its Memorandum in Support of Plaintiff's Motion to Supplement the Administrative Record, which is being filed concurrently with this motion.

November 16, 2007

/s/ William M. Weisberg
William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants on November 16, 2007.

/s/ William M. Weisberg