# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
EZENIA!, INC.,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

CARAHSOFT TECHNOLOGY CORPORATION,

*Intervenor-Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-759C

Filed: November 28, 2007

Senior Judge Smith

**ORDER**

Before the Court is Plaintiff's Motion to Supplement the Record and Memorandum in Support, Defendant's Motion to Stay the Briefing and Plaintiff's Response. The Court hereby **DENIES** Defendant's Motion. Defendant's response shall be filed and served on or before Friday, November 30, 2007 at 1:00 p.m. Plaintiff's Motion to Supplement the Record and Defendant's Response shall be argued at oral argument on the same date.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge