# In the United States Court of Federal Claims

| | | |
|---|---|---|
| EZENIA!, INC., | * | |
| *Plaintiff,* | * | Case No. 07-759C |
| v. | * | Filed: November 13, 2007 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant,* | * | |
| and | * | |
| CARAHSOFT TECHNOLOGY CORPORATION, | * | |
| *Intervenor-Defendant.* | * | |

**ORDER**

The Court hereby **GRANTS** the Applications for Access to Information under Protective Order by Outside or Inside Counsel by Austin M. Fulk and Richard J. Conway.

The parties shall take note of the new caption.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
Senior Judge