# In the United States Court of Federal Claims

**No. 07-759 C**

**EZENIA!, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**CARAHSOFT TECHNOLOGY CORPORATION,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion and Order, filed December 11, 2007, granting defendant's and defendant-intervenor's Motions to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**December 12, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.