**THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| EZENIA!, INC., Plaintiff, v. THE UNITED STATES, Defendant, and CARAHSOFT TECHNOLOGY CORPORATION, Defendant-Intervenor. | Civil Action No. 07-759 (Sr. Judge Loren A. Smith) |

**NOTICE OF PLAINTIFF'S PROPOSED REDACTIONS**

Pursuant to this Court's Opinion and Order dated December 11, 2007, Plaintiff, Ezenia!, Inc. ("Ezenia"), by its undersigned counsel, hereby proposes no redactions to the Court's Opinion and Order.

Respectfully submitted,

EZENIA!, INC.

By its attorneys,

January 3, 2008

/s/ William M. Weisberg

William M. Weisberg
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Counsel of Record for Plaintiff Ezenia!, Inc.*

Beth L. Jacobson
SULLIVAN & WORCESTER LLP

One Post Office Square
Boston, MA 02109
(617) 338-2872
(617) 338-2880 (fax)

Joyce L. Tong
SULLIVAN & WORCESTER LLP
1666 K Street, NW
Washington, DC 20006
(202) 775-1200
(202) 293-2275 (fax)

*Of Counsel for Plaintiff Ezenia!, Inc.*

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as unregistered participants on January 3, 2008.

/s/ William M. Weisberg